# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:15-CV-00240-GCM-DCK

| | |
|---|---|
| DEBORAH K. DYSON, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on plaintiff's Motion for Summary Judgment and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED.**

Signed: July 19, 2016

Graham C. Mullen
United States District Judge